IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 12-149 |
| v. | ) | |
| | ) | (29 U.S.C. § 501(c)) |
| DEBORAH SMALL | ) | |

INDICTMENT

The grand jury charges:

During the period from in and around February, 2007, to in and around September, 2010, in the Western District of Pennsylvania, the defendant, DEBORAH SMALL, while employed as a Bookkeeper for the International Brotherhood of Electrical Workers Local Union 712, a labor organization engaged in an industry affecting interstate commerce within the meaning of Sections 402(i) and (j) of Title 29, United States Code, did embezzle, steal and unlawfully and willfully abstract and convert to her own use in excess of $10,000.00 of the monies, funds, property and assets of said labor organization.

In violation of Title 29, United States Code, Section 501(c).

A True Bill,

_____
FOREPERSON

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524